```
 1 | DANIEL J. BRODERICK, #89424
   | Acting Federal Defender
 2 | VICTOR M. CHAVEZ, Bar #113752
   | Assistant Federal Defender
 3 | Designated Counsel for Service
   | 2300 Tulare Street, Suite 330
 4 | Fresno, California  93721-2226
   | Telephone: (559) 487-5561
 5 |
   | Attorney for Defendant
 6 | JOSEPH MOISES HERNANDEZ
 7 |
 8 |               IN THE UNITED STATES DISTRICT COURT
 9 |             FOR THE EASTERN DISTRICT OF CALIFORNIA
10 |
11 | UNITED STATES OF AMERICA,        )  NO. 1:97-cr-05024 OWW
   |                                  )
12 |              Plaintiff,           )  STIPULATION CONTINUING STATUS
   |                                  )  CONFERENCE HEARING
13 |       v.                          )  AND  ORDER THEREON
   |                                  )
14 | JOSEPH MOISES HERNANDEZ,         )  Date:  June 6, 2006
   |                                  )  Time:  9:00 A.M.
15 |              Defendant.           )  Judge: Hon. Oliver W. Wanger
   |                                  )
16 | _____  )
17 |
18 |
19 |       **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective
20 | counsel that the **status conference hearing in the above-entitled matter now set for May 9, 2006, may**
21 | **be continued to June 6,  2006, at 9:00 A.M.**
22 |       The continuance is at the request of defense counsel to provide additional time to investigate.
23 | Since defendant is recovering from surgery and is wheelchair-bound, setting this case over to the
24 | ///
25 | ///
26 | ///
27 | ///
28 | ///
```

1  requested date will spare him the pain, and the Marshal Service the inconvenience, of transport to court.

2  McGREGOR W. SCOTT
United States Attorney

4  DATED: May 4, 2006           By:  /s/ Sherrill A. Carvalho
SHERRILL A. CARVALHO
5  Assistant United States Attorney
Attorney for Plaintiff

7  DANIEL J. BRODERICK
Acting Federal Public Defender

9  DATED: May 4, 2006           By:  /s/ Victor M. Chavez
VICTOR M. CHAVEZ
10  Assistant Federal Defender
Attorneys for Defendant
11  KATHY ANN HOLLIS

**O R D E R**

IT IS SO ORDERED.

**Dated:   May 7, 2006**            **/s/ Oliver W. Wanger**
emm0d6                              UNITED STATES DISTRICT JUDGE

Stipulation Continuing Status Conference Hearing
and [Proposed] Order Thereon

2